Outlook

## FW: Juan Quichimbo-Sumba

**From** Takos, Tristan (Markey) <Tristan_Takos@markey.senate.gov>
**Date** Fri 12/12/2025 4:52 PM
**To** Elizabeth Shaw, Esq. – Law Offices of Rachel L. Rado <eshaw@rachelradolaw.com>
**Cc** Wozufia, Innocent (Markey) <Innocent_Wozufia@markey.senate.gov>

Hi Elizabeth,

Please see the below discouraging response from USCIS. We will keep trying…

Tristan Takos (She/Her/Hers)
Constituent Services Director
Office of Senator Edward J. Markey
975 JFK Federal Building
15 New Sudbury Street
Boston, MA 02203

e: Tristan_Takos@markey.senate.gov
p: 617-565-8519

Resources for Immigrants in Massachusetts | Mass.gov

**Connect with Senator Markey**

   

**From:** uscis.dhs.gov
**Sent:** Friday, December 12, 2025 11:10 AM
**To:** Takos, Tristan (Markey) <Tristan_Takos@markey.senate.gov>; Wozufia, Innocent (Markey) <Innocent_Wozufia@markey.senate.gov>
**Subject:** Juan Quichimbo-Sumba

Tristan,

Thank you for your November 24, 2025, inquiry on behalf of your constituent, Juan Quichimbo-Sumba, regarding the status of the Form I-914 (Receipt# EAC2428450272) and Form I-192 (Receipt# EAC2428450284) filed with U.S. Citizenship and Immigration Services (USCIS). The privacy release signature has been verified and information can be released to congressman Markey's office. Inquiry# 119-41464069.

**NOTE**: USCIS cannot comment of the status of any ICE/ ERO plans for removal.

The **Form I-192** is pending and will be processed when addressing any admissibility issues identified during the Form I-914 review.

USCIS records indicate your constituent's **Form I-914** is pending.

Due to the new U-BFD (U-visa Bona Fides Determination) process, USCIS no longer uses posted processing times for the Form I-914.

Form I-914 cases are reviewed and **processed by receipt date** -First in, First out (FIFO).

1) ineligible:

   a) RFE (Request for Evidence) is sent requesting additional support documentation.

2) approved: (not waitlisted as the 5,000 T-visa CAP availability never met).

   a) T-visa is issued -valid for 4 years.

   b) Automatic 4-year EAD (category a16) is issued.

   c) Can file Form I-485 (Green Card) after 3 years of continuous presence.

**No further action is required by your constituent.** However, should the processing officer require information for a case decision, your constituent will be contacted accordingly.

We hope this information is helpful. If we may be of further assistance, please let us know.

ref:_00DG0hO5S._500SJ00000srKHk:ref