UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUAN DAVID QUICHIMBO SUMBA, MIRIAN XIMENA ABARCA TIXE, and C.M.Q.A. (minor),<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM, U.S. Secretary of Homeland Security; [NAME UNKNOWN AT TIME OF FILING], Field Office Director; MICHAEL KROL, HSI New England Special Agent in Charge; and TODD LYONS, Acting Director of U.S. Immigration and Customs Enforcement,<br><br>Respondents. | Civil Action No. 1:25-cv-13625-GAO |

**RESPONDENTS' NOTICE OF INTENT TO TRANFSER
FROM THE DISTRICT TO EFFECTUATE FINAL ORDER OF REMOVAL**

Respondents by and through their attorney, Leah B. Foley, United States Attorney for the District of Massachusetts, respectfully provide notice per this Court's Order that U.S. Immigration and Customs Enforcement (ICE) intend to transfer Petitioner, Juan Daivd Quichimbo Sumba, from the District to effectuate his final order of removal from the United States to Ecuador. *See* Doc. No. 4 (Requiring that "[i]n order to give the Court time to consider the matter, unless otherwise ordered by the Court, the petitioner shall not be moved outside the District of Massachusetts without providing the Court 48 hours' advance notice of the move and the reason therefor.")Such transfer from the District is necessary to effectuate Petitioner Sumba's final order of removal.

Petitioners, a family of Ecuadorian nationals all subject to final orders of removal from the United States since 2023,[1] filed this Amended Petition on December 9, 2025. Doc. No. 7. As Respondents argued previously, (Doc. No. 9), Petitioner Sumba's detention is lawful pursuant to 8 U.S.C. § 1231(a)(6) and the Fifth Amendment and 8 U.S.C. § 1252(g) prohibits courts from entering stays of removal, even when an alien seeks to apply for alternative forms of relief or seeks to reopen removal orders. *See Compere v. Riordan*, 368 F. Supp. 3d 164, 170 (D. Mass. 2019) (Explaining that "the Court simply lacks jurisdiction to grant a stay of a final order of removal."). This matter is fully briefed and Petitioner Sumba remains detained, pending effectuation of his final order of removal. Through this filing, ICE provides the necessary notice to this Court of its intent to transfer Petitioner Sumba from the District no earlier than 48 hours from the time of this filing to effectuate his return to Ecuador thereafter.

                                                         Respectfully submitted,

                                                         LEAH B. FOLEY
                                                         United States Attorney

Dated: February 2, 2026          By:    */s/ Mark Sauter*
                                                          Mark Sauter
                                                         Assistant United States Attorney
                                                          United States Attorney's Office
                                                          1 Courthouse Way, Suite 9200
                                                         Boston, MA 02210
                                                         Tel.: 617-748-3347
                                                         Email: mark.sauter@usdoj.gov

---

[1] Petitioner Sumba was arrested by ICE on December 9, 2025, pursuant to 8 U.S.C. § 1231(a)(6). Petitioner Tixe and the minor-Petitioner are not detained, although they have previously been directed by ICE to depart the United States pursuant to their final orders of removal.

## CERTIFICATE OF SERVICE

    I, Mark Sauter, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: February 2, 2026        By:    */s/ Mark Sauter*
                                              Mark Sauter
                                              Assistant United States Attorney