# United States Court of Appeals
## For the First Circuit

No. 26-1247

JUAN DAVID QUICHIMBO SUMBA; MIRIAN XIMENA ABARCA TIXE; C.M.Q.A.,

Plaintiffs - Appellants,

v.

JOSEPH EDLOW; MARKWAYNE MULLIN; USCIS; DHS (DEPARTMENT OF HOMELAND SECURITY),

Defendants - Appellees.

**JUDGMENT**

Entered: March 31, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellants' unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(2).

Mandate to issue forthwith.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Donald Campbell Lockhart
Abraham R. George
Michael L. Fitzgerald
Elizabeth A. Shaw